IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVID BINEGAR, | : | |
| Plaintiff, | : | |
| | | Case No. 3:13cv00237 |
| vs. | : | |
| | | District Judge Walter Herbert Rice |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ORDER

The Court has conducted a de novo review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on October 31, 2014 (Doc. #18) is adopted in full;

2. The parties' Joint Stipulation to Award Attorney's Fees under the Equal Access to Justice Act (Doc. #17) is accepted, and Defendant is directed to pay Plaintiff's attorney fees under 28 U.S.C. § 2412 in the total amount of $4,600.00;

3. Defendant is directed to verify, **within thirty days of this Decision and Order**, whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. And, if no such pre-existing debt exists, Defendant is directed to pay the EAJA award directly to Plaintiff's attorney;

4. Plaintiff's Motion for Attorney Fees under Equal Access to Justice Act (Doc. #16) is DENIED as moot; and,

5. The case remains terminated on the docket of this Court.

                                                    Walter Herbert Rice
                                                    United States District Judge